## McKenna Unemployment Compensation Case.

Argued March 20, 1970. *Elizabeth McKenna,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Maylath, Appellant, *v.* Maylath.

Argued March 24, 1970. *Lewis R. Long,* with him *Louis G. Feldmann, Anthony J. Ciotola,* and *Feldmann & Ciotola,* for appellant; *Jackson Sigmon,* with him *Sigmon, Briody, Littner & Ross,* for appellee.

OPINION PER CURIAM: Order affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly refused a decree in divorce in this case.

## Oberdorf, Appellant, *v.* Allied Chemical Corp.

Argued March 19, 1970. *Clair Groover* and *Carl Rice,* for appellant; *Sidney Apfelbaum,* with him *W. Roger Fetter,* for appellee.

Judgment affirmed.